UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT, | No. 2:16-cv-1806-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| M.E. SPEARMAN, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He requests an evidentiary hearing. The court has not yet reviewed petitioner's claims in detail. Following a detailed review of the pleadings and records submitted in this action, the court *sua sponte* will order an evidentiary hearing if it appears necessary. The court therefore denies petitioner's requests for an evidentiary hearing (ECF No. 14) without prejudice.

So ordered.

DATED: October 31, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE